## Edler Bell, Appellee, v. Charlie Morris et al., Defendants. Charlie Morris, Appellant.

Gen. No. 10,131.

opinion filed October 23, 1947; rehearing denied February 3, 1948; released for publication February 3, 1948. Samuel H. Shapiro and Varnum A. Parish, for appellant; F. Laurence Anderson, Sr., F. Laurence Anderson, Jr., and Vernon G. Butz, for appellee; Anderson, Hicks & Anderson and Butz, Blanke & Stith, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.